UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>JOHN THOMAS FENCL,<br><br>               Defendant. | CASE NO.:   21-CR-03101-JLS<br><br>Hon. Janis L. Sammartino<br>Date: January 28, 2022<br>Time: 1:30 p.m.<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

JOINT MOTION HAVING BEEN ENTERED by the parties, and

GOOD CAUSE appearing, IT IS HEREBY ORDERED, that defendant's Motion Hearing/Trial Setting of December 3, 2021 at 1:30 p.m. be continued to **January 28, 2022 at 1:30 p.m.** before the Honorable Janis L. Sammartino.

The parties jointly agree that time should be excluded from the Speedy Trial Act to allow for preparation of Mr. Fencl's defense and in the interests of justice, 18 U.S.C. §3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated:  November 29, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge