UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 21-CR-03101-JLS |
|---|---|
| Plaintiff, | Hon. Janis L. Sammartino<br>Date: March 11, 2022<br>Time: 2:00 p.m. |
| v. | |
| JOHN THOMAS FENCL, | **ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| Defendant. | |

JOINT MOTION HAVING BEEN ENTERED by the parties, and

GOOD CAUSE appearing, IT IS HEREBY ORDERED, that defendant's Motion Hearing/Trial Setting of January 28, 2022 at 1:30 p.m. be continued to **March 11, 2022 at 2:00 p.m.** before the Honorable Janis L. Sammartino. Defendant shall file an acknowledgement of the new hearing date by February 4, 2022.

The parties jointly agree that time should be excluded from the Speedy Trial Act to allow for preparation of Mr. Fencl's defense and in the interests of justice, 18 U.S.C. §3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated: January 25, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge