# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>JOHN THOMAS FENCL,<br><br>              Defendant. | CASE NO.:   21-CR-03101-JLS<br><br>Hon. Janis L. Sammartino<br>Date: July 1, 2022<br>Time: 2:00 p.m.<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

JOINT MOTION HAVING BEEN ENTERED by the parties, and

GOOD CAUSE appearing, IT IS HEREBY ORDERED, that defendant's Motion Hearing/Trial Setting of May 13, 2022, at 2:00 p.m. be continued to **July 1, 2022 at 2:00 p.m.** before the Honorable Janis L. Sammartino.

The parties jointly agree that time should be excluded from the Speedy Trial Act to allow for preparation of Mr. Fencl's defense and in the interests of justice, 18 U.S.C. §3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated:  May 5, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge