**FILED**
May 25 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ charlest DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| UNITED STATES OF AMERICA, | Case No. 21CR3101-JLS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | **(Superseding)** |
| JOHN THOMAS FENCL, | Title 26, U.S.C., Secs. 5861(d) and 5871 - Possession of Unregistered Firearm; Title 26, U.S.C., Sec. 5872 and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |
| Defendant. | |

The grand jury charges:

Count 1

On or about June 28, 2021, within the Southern District of California, defendant JOHN THOMAS FENCL did knowingly possess a firearm, to wit: a 5.56 NATO/.223 caliber AR-style Short Barreled Rifle made from parts including a Palmetto State Armory upper receiver, which did not bear legitimate manufacturer's markings or a serial number, with a barrel of less than 16 inches in length; not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Section 5861(d) and 5871.

BJK:cms:San Diego:5/24/22

Count 2

On or about June 28, 2021, within the Southern District of California, defendant JOHN THOMAS FENCL did knowingly possess a firearm, to wit: a 5.56 NATO/.223 caliber AR-style Short Barreled Rifle, which did not bear legitimate manufacturer's markings or a serial number, with a barrel of less than 16 inches in length; not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Section 5861(d) and 5871.

Count 3

On or about June 28, 2021, within the Southern District of California, defendant JOHN THOMAS FENCL did knowingly possess a firearm, to wit: a Kaiser Defense, model KR-5, 5.56 NATO/.223 caliber Short Barreled Rifle, bearing serial number AI06042, with a barrel of less than 16 inches in length; not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Section 5861(d) and 5871.

Count 4

On or about June 28, 2021, within the Southern District of California, defendant JOHN THOMAS FENCL, did knowingly possess a firearm silencer that did not bear legitimate manufacturer's markings or a serial number; that was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

Count 5

On or about June 28, 2021, within the Southern District of California, defendant JOHN THOMAS FENCL, did knowingly possess a firearm silencer that did not bear legitimate manufacturer's markings or a serial number; that was not registered to him in the National Firearms

Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

### Count 6

On or about June 28, 2021, within the Southern District of California, defendant JOHN THOMAS FENCL, did knowingly possess a firearm silencer that did not bear legitimate manufacturer's markings or a serial number; that was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

### Count 7

On or about June 28, 2021, within the Southern District of California, defendant JOHN THOMAS FENCL, did knowingly possess a firearm silencer that did not bear legitimate manufacturer's markings or a serial number; that was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

### FORFEITURE ALLEGATIONS

The allegations contained in Counts 1 through 7 are realleged herein for purposes of alleging forfeiture to the United States pursuant to Title 26, United States Code, Section 5872; and Title 28, United States Code, Section 2461(c).

Upon conviction of one and more of the offenses alleged in Counts 1 through 7 of this Indictment, defendant JOHN THOMAS FENCL shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872; and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of the offenses. The property to be forfeited includes, but is not limited to 1) a 5.56 NATO/.223 caliber AR-style Short Barreled Rifle made from parts including a Palmetto State Armory

upper receiver, which did not bear legitimate manufacturer's markings or a serial number; 2) a 5.56 NATO/.223 caliber AR-style Short Barreled Rifle, which did not bear legitimate manufacturer's markings or a serial number; 3) a Kaiser Defense, model KR-5, 5.56 NATO/.223 caliber Short Barreled Rifle, bearing serial number AI06042; 4) four privately made firearm silencers/suppressors, bearing no manufacturer's markings or serial numbers; 5) the firearms listed in attached Exhibit A; and 6) miscellaneous firearms related parts, tools, and accessories, including a drill press, body armor, ammunition, unmilled lower receivers, unfinished pistol kits, unmilled suppressors, and firearm magazines.

All pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

DATED: May 25, 2022.

RANDY S. GROSSMAN
United States Attorney

By: /s/ Brandon J. Kimura
BRANDON J. KIMURA
Assistant U.S. Attorney