**HOLLY A. SULLIVAN**
California State Bar No. 216376
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Holly_Sullivan@fd.org
___ Retained  _X_  Appointed

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

Trial Judge:   Honorable Janis L. Sammartino          Court Reporter: Gayle Wakefield

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 21-cr-03101-JLS |
| (Appellee/Respondent) Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEAL (Criminal)** |
| | ) | **(FRAP 9(a) Appeal)** |
| JOHN THOMAS FENCL, | ) | |
| (Appellant/Petitioner) Defendant. | ) | |
| | ) | |

Notice is hereby given that **John Thomas Fencl**, appellant/petitioner above-named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the:

(   )   Final Judgment

(   )   Sentence Only (18 U.S.C. ' 3742) Sentence Imposed _____.

( x )   Order (Describe): Denying Motion for Review of the Magistrate Judge's Order Denying Motion to Amend the Conditions of Pretrial Release.

the last of which was entered in this proceeding on the 7th day of December, 2022.


Dated:   December 21, 2022          *s/ Holly A. Sullivan____*
                                                   Signature*

Transcripts Required** **x** Yes ___No       Date Ordered or to be ordered: Various

Date      ( **x** ) Indictment  (   ) Information       Filed 11/3/21

Bail Status: Not In Custody.


Will there be a request to expedite the appeal and set a schedule faster than that normally set? _____Yes   **x**  No   (Note: This does not alleviate requirement of  FRAP 27-12  a motion to expedite which must be done in accordance with FRAP 27).

*Pursuant to Fed. R. Crim. P. 32(a)(2) the defendant may request the clerk to prepare and file the Notice of Appeal.
**If transcript required, transcript order form (CA9-036 must be completed and court reporter contacted to make arrangements for transcription.